# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 13-00430-01-CR-W-DW |
| v. ) | |
| ) | |
| KEITH D. COLEMAN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Magistrate Judge John T. Maughmer's Report and Recommendation. See Doc. 31. No party has filed an objection to the Report and Recommendation. After reviewing the record, the Court ADOPTS the Magistrate's Report and Recommendation. Consequently, it is hereby ORDERED that the Magistrate's Report and Recommendation (Doc. 31) be attached to and made a part of this Order; it is further

ORDERED that Defendant Keith D. Coleman is competent to understand the nature and consequence of the proceedings against him and to assist properly in his defense.

IT IS SO ORDERED.


Date: November 19, 2014                              /s/ Dean Whipple
                                                    Dean Whipple
                                                    United States District Judge